NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1196, -1197

TILLOTSON CORPORATION,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

CARDINAL HEALTH, INC., CARDINAL HEALTH 200, INC.,
and CARDINAL HEALTH MALAYSIA 211 SDN. BHD.,

Intervenors,

and

SMART GLOVE HOLDINGS, SDN. BHD.,
SMART GLOVE CORPORATION SDN. BHD., HENRY SCHEIN, INC.,
and HSI GLOVES, INC.,

Intervenors.

On appeal from the United States International Trade Commission
in Investigation Nos. 337-TA-608 and 612.

ON MOTION

O R D E R

Upon consideration of Ansell Ltd. et al.'s motion for leave to withdraw as intervenors,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

MAY - 7 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY - 7 2009

JAN HORBALY
CLERK

cc:  Thomas B. Kenworthy, Esq.
     Paul F. Brinkman, Esq.
     Scott M. Daniels, Esq.
     Paul M. Bartkowski, Esq.
     William D. Belanger, Esq.

s8